UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES D. ABDELLA, SR., : <br> Suing individually and as the : <br> parent and next friend of his : <br> minor daughter, REGINA ABDELLA : <br> and ROSEMARY ABDELLA : <br> : NO. 3:01CV1686(DJS) <br> VS. : <br> : <br> CHRISTOPHER P. O'TOOLE, : <br> ROBERT F. BETTE and : <br> JOSEPH FROEHLICH : DECEMBER 8, 2004 | |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff, with the agreement of defense counsel, respectfully moves for an extension of time until January 21, 2005, within which to file the Joint Trial Memorandum in this case. In support of this motion, they represent as follows:

1. The Joint Trial Memorandum is scheduled to be filed on or before December 15, 2004.

2. The parties are presently engaged in serious settlement discussions but cannot conclude those discussions by December 15 because of the complexities involved in settling cases with the State of Connecticut.

3. Counsel for all parties join in this motion.

                THE PLAINTIFFS

BY:_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203/562-9931
        FAX: 203/776-9494
        Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Daniel C. DeMerchant at Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; and Assistant Attorney General Robert B. Fiske, III, 110 Sherman Street, Hartford, CT 06105.

_____
JOHN R. WILLIAMS