UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES D. ABDELLA, SR., : | |
| Suing individually and as the : | |
| parent and next friend of his : | |
| minor daughter, REGINA ABDELLA : | |
| and ROSEMARY ABDELLA : | |
| : | NO.  3:01CV1686(DJS) |
| VS. : | |
| : | |
| CHRISTOPHER P. O'TOOLE, : | |
| ROBERT F. BETTE and : | |
| JOSEPH FROEHLICH : | JANUARY 17, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff, with the agreement of defense counsel, respectfully moves for an additional extension of time, until February 21, 2005, within which to file the Joint Trial Memorandum in this case.  In support of this motion, they represent as follows:

1.  The Joint Trial Memorandum is scheduled to be filed on or before January 21, 2005.  This date is the result of an extension of time granted by the court in December at the joint request of all parties.

2.  The parties are presently engaged in serious settlement discussions but cannot conclude those discussions by January 21 because of the complexities involved in settling cases with the State of Connecticut.  The necessary personages of the State of Connecticut have not yet been able to assemble in conclave for the purpose of addressing this matter in a meaningful way.

3. Counsel for all parties join in this motion.

                THE PLAINTIFFS


BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: jrw@johnrwilliams.com
      Their Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Daniel C. DeMerchant at Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; and Assistant Attorney General Robert B. Fiske, III, 110 Sherman Street, Hartford, CT 06105.


_____
JOHN R. WILLIAMS