UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES D. ABDELLA, JR., Individually and : <br> as the parent and next friend of his daughter,: <br> REGINA ABDELLA and ROSEMARY : <br> ABDELLA | NO.:  3:01CV01686 (DJS) |
| : | |
| v. : | |
| : | |
| CHRISTOPHER P. O'TOOLE, : <br> CARL E. ROSA, ROBERT F. BETTE : <br> and JOSEPH FROEHLICH | JANUARY 17, 2005 |

**<u>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME<br>TO FILE JOINT TRIAL MEMORANDUM</u>**

Pursuant to Local Rule 9(b), the defendants, Christopher O'Toole, Carl Rosa, and Robert Bette, in the above matter, respectfully move this Court for an enlargement of time of twenty (20) days, up to and including **February 11, 2005** in which to file the Joint Trial Memorandum.  In support of this motion, the above named defendants represent as follows:

1. The Joint Trail Memorandum is currently due January 21, 2005;

2. A settlement conference in this case is presently scheduled for January 25, 2005;

ORAL ARGUMENT NOT REQUESTED

3. Counsel of record have been communicating with each other and exploring settlement possibilities before this scheduled settlement conference;

4. Granting this brief delay in filing the Joint Trial Memorandum may negate the necessity of incurring additional litigation costs and expenses by all parties; thus, having a positive effect on the possibility of settling this matter;

5. The plaintiff has made one prior request for an enlargement of the scheduling order concerning the submission of the Joint Trial Memorandum;

6. This is the defendants' first request for an enlargement of time;

7. All counsel of record have been contacted concerning this motion and they all consent to the same.

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including February 11, 2005 be granted.

    DEFENDANTS,
    CHRISTOPHER P. O'TOOLE, AND
    ROBERT F. BETTE


By/s/Daniel C. DeMerchant
  Daniel C. DeMerchant
  ct19342
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  E-mail: ddemerchant@hl-law.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via first class mail to the following counsel of record this 17th day of January, 2005.

John R. Williams, Esquire
51 Elm Street
New Haven, CT  06510

Robert Bishop Fiske, III
Attorney General's Office
MacKenzie Hall
110 Sherman Street
Hartford, CT

                                  /s/Daniel C. DeMerchant
                                  Daniel C. DeMerchant