UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES ABDELLA, JR., Individually and as the parent and next friend of his daughter REGINA ABDELLA and ROSEMARY ABDELLA, : : : : : : | CIVIL NO. 3:01CV1686(DJS) |
| v. : : | |
| CHRISTOPHER O'TOOLE, CARL ROSA, ROBERT BETTE, and JOSEPH FROELICH. : : : : | MARCH 11, 2005 |

**STIPULATED SETTLEMENT**

**WHEREAS**, the above-captioned Title 42 U.S.C. § 1983 action was brought by James Abdella, Jr., Individually and as the parent and next friend of his daughter Regina Abdella and Rosemary Abdella, as plaintiffs, against the above-named defendants, including, but not limited to Connecticut State Police Trooper Joseph Froelich, alleging a violation of their Fourth Amendment rights under the United States Constitution which arose out of an incident on July, 18, 2001, where the defendants conducted a search of the Abdella residence in the presence of Regina Abdella.

**WHEREAS**, the plaintiffs, represented by Attorney John Williams, and defendant Joseph Froelich, represented by Assistant Attorney Generals Robert B. Fiske, III, along with co-defendants Christopher O'Toole, Carl Rosa and Robert Bette, represented by Daniel DeMerchant of Howd and Ludorf, acting upon the advice of their respective attorneys, agree that settlement of all the issues raised by the above-captioned action, would best serve the interest of the parties; and,

**WHEREAS**, said parties have attested, and by affixing their signatures hereto, do hereby acknowledge that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

1. The plaintiffs shall immediately, and with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit.

2. Upon dismissal of this lawsuit pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as described above, and upon receipt of the Judgment of Dismissal, the State of Connecticut shall, within thirty (30) days, or as soon thereafter as practicable, pay to the plaintiffs the sum of Six Thousand, Five Hundred Dollars, ($6,500.00), by way of a check made payable to their attorney, John Williams as Trustee.

3. The parties understand and agree that the payment of the aforesaid sum is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Public Safety, or any of their present or former officers, agents or employees, including the named defendant Joseph Froehlich. Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this claim for the sole purpose of avoiding further expense and inconvenience to all parties in pursuing or defending this matter as might otherwise be required.

4. The parties expressly acknowledge that this Stipulation of Settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit

and any and all claims which may be brought pursuant to the Connecticut Constitution, Connecticut General Statutes and such claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiffs' federal civil rights. In furtherance thereof, the undersigned plaintiffs do now and forever release the defendant, Joseph Froelich, the Department of Public Safety, the State of Connecticut, its agencies, departments and commissions, and all of their present or former officers, agents and employees from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned lawsuit.

5. The parties agree that the terms and conditions of this Stipulation of Settlement shall be incorporated into the motion for order of dismissal referred to in paragraph 1 above and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

6. The parties further agree that the settlement terms and conditions described herein represent the entire agreement concerning the settlement of this lawsuit with respect to Joseph Froelich, and that the respective parties will each bear their own costs, fees and expenses, and that any attorney's fees owed by the plaintiffs will be paid out of the settlement amount and not in addition thereto.

|  |  |
|---|---|
|  | FOR THE PLAINTIFF |
| Date: 3/19/05 | _____<br>John R. Williams<br>Williams and Associates, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510<br>Tel: (203) 562-9931<br>Fax: (203) 776-9494<br>Federal Bar #ct00215 |
|  | FOR JOSEPH FROELICH |
| Date: 3-14-05 | _____<br>Robert B. Fiske, III<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105<br>Tel: (860) 808-5450<br>Fax: (860) 808-5591<br>Federal Bar #ct17831 |