UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JAMES ABDELLA, JR.**, Individually
and as the parent and next friend of his
daughter **REGINA ABDELLA** and
**ROSEMARY ABDELLA**           :
    **Plaintiffs**

    v.                              :  CIVIL NO.: 3:01cv1686(DJS)

**CHRISTOPHER O'TOOLE, ET AL**    :
    **Defendants**

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __28th__ day of March, 2005.

          /s/DJS
          Dominic J. Squatrito
          United States District Judge